UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-266-GWU

KENNETH R. TAULBEE,                                                                          PLAINTIFF,

VS.                                             **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                        DEFENDANT.

* * * * * * * * * * * * *

In compliance with Fed. R. Civ. P. 58,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)     the administrative decision is REVERSED and REMANDED for further consideration pursuant to Sentence Four of 42 U.S.C. Section 405(g); and

(2)     the above-styled action is STRICKEN from this Court's active docket.

This the 4th day of June, 2008.



Signed By:

G. Wix Unthank

**United States Senior Judge**